# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

In Re: **Sarah E. Rambo**

**Debtor**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Chapter 13**
**NO. 10-23634 JNF**

## DEBTOR'S MOTION TO EXTEND TIME TO FILE
## SCHEDULES, CHAPTER 13 PLAN AND PROOF OF INSURANCE

Now comes debtor and files this Motion to Extend Time to File schedules and Chapter 13 Plan, and Evidence of Insurance until January 27, 2011. In support of this motion, debtor states that the debtor needs this additional time to properly assemble the records and information necessary to file complete schedules and an accurate Chapter 13 Plan, and provide counsel with proof of insurance.

WHEREFORE, Debtor requests this Court to grant the motion to extend until January 27, 2011 the time in which bankruptcy schedules, proof of insurance and Chapter 13 plan must be filed.

Respectfully submitted,
By her attorney,

/s/ Richard Askenase
Richard Askenase, Esq. BBO#022920
One Thompson Square
Fourth Floor
Boston, MA 02129
(617) 241- 7555
FAX (617) 241-7396

DATE: December 17, 2010

## CERTIFICATE OF SERVICE

Pursuant to MLBR 3015, Appendix 1, Section 13-7, I, Richard Askenase, do hereby certify that I have served a copy of the attached pleading by mailing a copy of same, postage prepaid to all parties on the attached service list.

Signed under the penalties of perjury.

        Respectfully submitted,
By her attorney,

/s/ Richard Askenase
Richard Askenase, Esq.  BBO#022920
One Thompson Square
Fourth Floor
Boston, MA 02129
(617) 241- 7555
FAX (617) 241-7396

DATE:  December 17, 2010

SERVICE LIST

Carolyn A. Bankowski, Esq.
Standing Chapter 13 Trustee
PO Box 8250
Boston, MA 02114
BY ECF TRANSMISSION

Sarah Rambo
461 West Street
Reading, MA 01887

Bank Of America
Corporate Officer
450 American Street
Simi Valley, CA  93065

Bank Of America
Corporate Officer
PO Box 15022
Wilmington, DE  19884

HSBC Best Buy
PO Box 17298
Baltimore, MD  21297

North Shore Radiological Associates
PO Box 80074
Stoneham, MA  02180